IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARGUERITE MACQUEEN, INDIVIDUALLY, AS THE ADMINISTRATRIX OF THE ESTATE, AND AS THE SURVIVING SPOUSE OF DAVID MACQUEEN, DECEASED, | C.A. No.: 1:13-CV-00831-UNA : 1:13-CV-00835-UNA |
| Plaintiff(s), | TRIAL BY JURY OF TWELVE DEMANDED |
| v. | |
| UNION CARBIDE CORPORATION, et al., | |
| Defendant. | |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT
IMO INDUSTRIES INC.**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, IMO Industries Inc. states that its parent companies are Colfax Corporation, a publicly traded company, CLFX LLC, and IMO Holdings, Inc.

**MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.**

   /s/ *Jeffrey S. Marlin*
JEFFREY S. MARLIN (No.0176)
EILEEN M. FORD (No. 2870)
MEGAN T. MANTZAVINOS (No. 3802)
Marks, O'Neill, O'Brien,
Doherty & Kelly, P.C.
300 Delaware Avenue, #900
Wilmington, DE  19801
(302) 658-6538
*Attorneys for IMO, Industries Inc.*

DATED:  May 16, 2013

{DE244841.1}