**Exhibit "40"**

## DECLARATION OF BARRY I. CASTLEMAN

I, Barry I. Castleman, declare the following under penalty of perjury:

1. I live at 4406 Oxford Rd., Garrett Park, Maryland 20896. My education consists of a Bachelor's Degree in Chemical Engineering from Johns Hopkins University 1968. I have a Master's Degree in Environmental Engineering, which was mainly in areas related to air pollution control from Johns Hopkins University, 1972. I have a Doctor of Science Degree in Health Policy from Johns Hopkins School of Hygiene and Public Health, 1985.

2. My professional experience goes back over 30 years in the area of asbestos and other occupational and environmental health problems. My field is occupational and environmental health policy, which is a branch of Public Health, mainly oriented towards the recognition of risk factors and the prevention of disease from industrial activities.

3. The Doctoral degree was awarded for two years of course work, various examinations, and the writing of a doctoral dissertation. The course work was mainly in the areas of toxicology, epidemiology, biostatistics, physiology, and public health policy. These are the tools that are used to understand how the body works and can be damaged by toxic substances, how these effects can be identified by means of various studies of people, studies of animals experimentally exposed and so on.

4. My Doctoral thesis was, Asbestos: An Historical Case Study of Corporate Response to an Industrial Health Hazard, and is largely identical to a book published in 1984 by Prentice Hall Law and Business called *Asbestos: Medical and Legal Aspects* (now in its 5th Edition, 2005). The doctoral thesis is an historical review of the asbestos problem as a public health problem in society worldwide, but mainly in the United States. It encompasses a comprehensive review of medical literature of all kinds, as well as other literature available in libraries and published sources such as government publications, safety magazines, engineering journals, trade magazines, insurance publications, encyclopedias, popular magazines, and newspapers. The doctoral thesis also involved research based on unpublished government records. The government records included workers' compensation claims files where claims had been made by individuals alleging that they had asbestos-related diseases of the lungs, claims against various companies that were their employers, some of which companies were also manufacturers of asbestos insulation products these individuals has used in the course of their work.

5. In addition to published information of all kinds, I examined files, unpublished information available from the U.S. government archives, the archives of scientists and the archives of institutions that had worked for and with asbestos companies. I also looked at unpublished information which was obtained in legal discovery. This included trade association minutes, corporate documents, and testimony of corporate officials who were associated with asbestos hazards over the years - doctors, plant managers, executives, and other people who were aware of events that transpired.

6. In addition to published information and corporate knowledge that came out of mainly legal discovery, I have also interviewed many elder statesmen in the field of industrial medicine and hygiene. They included physicians who were active in the field of occupational medicine, such as Harold Stewart, who first published on asbestosis in 1931, and Alfred Angrist, who first published on asbestos and lung cancer in 1942. They are both pathologists. Another, Dr. Wilhelm Hueper, was a leading United States authority in the field of occupational cancer and first director of the environmental cancer section of the National Cancer Institute. Dr. Irving J. Selikoff was the leading epidemiologist and asbestos authority in the US. Dr. Hueper, Dr. Harriet Hardy, Dr. Thomas Mancuso, Dr. Gerrit Schepers, Dr. Richard Doll, Dr. Morris Greenberg, and others I have interviewed were involved in the area of asbestos and health over the past decades.

7. My textbook *Asbestos: Medical and Legal Aspects* (5th ed.) contains a section on 38 companies and/or industry groups that were involved with the manufacture, sale or use of asbestos-containing materials. I have reviewed industry documents and testimony regarding all of these entities as well as many additional companies involved in the asbestos industry. I have never seen any document that discusses or suggests that the United States military prohibited any manufacturer or seller from warning about asbestos or that the United States military interfered, in any way, with a company's decision regarding whether to issue such warnings.

8. I have also studied and written about the historical use of asbestos warnings on products and in product manuals. Once companies began to issue asbestos warnings to product users, there is no evidence that the United States military required the removal or alteration of such warnings for products sold to the military. In 1964, Johns-Manville ("J-M") was among the first companies to provide warnings with its asbestos-containing products, namely its asbestos insulation. During and after this time frame, J-M sold asbestos insulation to the United States military. In my extensive review of J-M documents, which have included visits to the J-M archives in Denver, Colorado, I have never seen any evidence that J-M removed or altered the warning labels that appeared on its asbestos insulation for sales to the United States military. Nor have I seen any evidence that the United States military ever requested that J-M or any other company do so.

I declare under penalty of perjury that the foregoing is true and correct.

July 18, 2008.

Barry L. Castleman